In the Matter of RAGHUBIR K. GUPTA, a Disbarred Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Respondent.

Submitted April 15, 2013; decided May 7, 2013

Motion for leave to appeal granted. Motion for a stay of so much of the Appellate Division order as suspended appellant from the practice of law granted, without prejudice to an

application by petitioner-respondent to the Appellate Division, on notice to appellant, for an interim suspension.